E-FILED
Friday, 17 June, 2005  09:02:57 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No:  91-30043 |
| vs. ) | |
| ) | |
| MARK L. NEFF, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Esteban F. Sanchez, for its Motion for Extension of Time, states as follows:

1. On June 9, 2005, the defendant filed a Motion to Modify Sentence.  The government's response to the motion is due on July 5, 2005.

2. The undersigned Assistant United States Attorney is currently preparing for a jury trial in the matter of *United States v. Henry Johnson,* Case No.  04-30046, which is scheduled to begin on June 27, 2005.  This trial is anticipated to last three weeks.

3. The undersigned requests a 30-day extension of time, or until August 8, 2005, to respond to defendant's motion.

4. This motion is not made for any purpose of delay, but to give the government adequate time to respond to the motion, given the undersigned's current trial schedule.

WHEREFORE, the government requests an extension of time, until August 8, 2005, to file its response to the defendant's Motion to Modify Sentence.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


By:   s/Esteban F. Sanchez
      Esteban F. Sanchez
      Assistant United States Attorney
      Attorney Bar No. 3123604
      318 South 6th Street
      Springfield, Illinois 62701
      (217) 492-4450
      Fax: (217) 492-4044
      E-mail: esteban.sanchez@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Iben

      I hereby certify that on June 17, 2005, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Mark Neff
#09244-026
FCI- Greenville
P.O. Box 5000
Greenville, IL 62446-5000

                                        s/Esteban F. Sanchez
                                        Esteban F. Sanchez
                                        Assistant United States Attorney
                                        Attorney Bar No. 3123604
                                        318 South 6th Street
                                        Springfield, Illinois 62701
                                        (217) 492-4450
                                        Fax: (217) 492-4044
                                        E-mail: esteban.sanchez@usdoj.gov