UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
Room 309
100 N.E. Monroe
Peoria, Ill. 61602

**FILED**
JUL - 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Mark L. Neff #09244-026
FCI-Greenville, P.O. Box 5000
Greenville, Ill. 62246-5000

July 1st, 2005

RE: NEFF v USA, Case # 91-30043-001, filed 6-9-2005.

Dear Clerk,

Good day to you.

I received a Motion from the U.S. Attorney's Office requesting a time extension and I noticed that Mr. Thomas Ibsen was notified.

I would like to state that Mr. Thomas Ibsen is not, in any way, representing me in this matter, at least not that I am aware of.

I did not receive a copy of the Court's Order, so I do not know if counsel was appointed as requested. If counsel was not appointed in this matter, then this action, to this point, is pro-se and Mr. Ibsen is not the counsel of record and I would like to receive any Orders that the Court has made to date in this action.

Thank you.
Respectfully yours,
Mark L. Neff

cc: file