E-FILED
Tuesday, 01 November, 2005  01:31:58 PM
Clerk, U.S. District Court, ILCD

Office of the Clerk
Room 309
Federal Building
100 N.E. Monroe
Peoria, Ill. 61602

FILED
NOV - 1 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

October 24th, 2005

RE: Motion filed under 18 USC §3582(c)(2); USA v Neff, 91-30043-001.

Dear Clerk,

Good day to you.

I'm writing to you to inquire if the Judge Mihm has taken any action on my Motion filed under 18 USC §3582.

Would you please inform me of the status of my motion to date?

Thank you.

Respectfully yours,
Mark Neff

Mark Neff  09244-024
P.O. Box 5000
Greenville, Il 62246-5000