Office of The Clerk
Room 309
Federal Building
100 N.E. Monroe
Peoria, Ill. 61602

91-30043

November 27th, 2005

RE: Enclosed Motion

Dear Clerk,
    Good day to you.
    I have enclosed the original and 2 copies of my motion for filing and I am requesting that the copy marked "Petitioner's Copy" be file stamped and returned to me.
    Also, I never received a copy of the Judges Opinion & Order denying my §3582(c)(2) motion so, would you please send me a copy of these documents.
    Thank you.

Respectfully yours,
Mark L Neff

Mark L. Neff 09244-026
P.O. Box 5000
Greenville, Ill. 62246-5000