E-FILED
Thursday, 08 December 2005 01:21:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | CRIMINAL NO. 91-30043 |
| MARK L. NEFF, ) | VIO: Title 18, United States Code, Section 922(g)(1) |
|     Defendant. ) | |

JUN 27 1991
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

The Grand Jury Charges:

That on April 25, 1991, in the Central District of Illinois, the defendant,

**MARK L. NEFF**

knowingly possessed, in or affecting commerce, a firearm being a H. and R., Model 929, 22 caliber revolver after said defendant having been previously convicted of the felony offense of burglary in Greene County, Illinois Circuit Court on August 3, 1984, in #84CF40.

In violation of Title 18, United States Code, Section 922(g)(1).

                                                  A TRUE BILL

                                                  s/ Foreperson
                                                  Foreperson

/s/ AUSA

**J. WILLIAM ROBERTS**
United States Attorney

EXHIBIT 1

Government's Instruction No. __25__

In order to sustain its burden of proof for the crime of unlawful possession of a firearm by a felon as charged in Count 1 of the indictment, the government must prove the following three (3) essential elements beyond a reasonable doubt:

One: The defendant, Mark L. Neff, has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year;

Two: The defendant, Mark L. Neff, knowingly possessed the firearm described in the indictment; and

Three: Such possession was in or affecting interstate or foreign commerce.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendant guilty.

If, on the other hand, you find from your consideration of all the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendant not guilty.



Seventh Circuit Jury Instructions, No. 6.01
Seventh Circuit Jury Instructions, Vol.III, p.59 appendix
Title 18, United States Code, §922(g)(1)
Devitt, Blackmar & O'Malley, Fed.Jury Instr. 4th Ed. 1990, §36.09
United States v. Kelly, 991 F.2d 1308 (7th Cir.1993)
United States v. Garrett, 903 F.2d 1105 (7th Cir.1990)

EXHIBIT 2

December 5th, 2005

RE: USA v Neff, 091-30043; Motion For Review of Judgment under F. R. Crim. P., Rule 60(b)(5)(6)

Dear Clerk,

Good day to you.

Please find enclosed 3 copies of my Exhibits that need to be attached to the above cited Motion I sent to the Court.

Please attach these Exhibits to this Motion and I thank you for your assistance and, please, inform me of the status of this motion and I would like to receive a copy of the Order and Judgment/Opinion of the Court denying my §3582(c)(2) motion.

Respectfully yours,

*Mark Neff*

Mark L Neff 09244-026
P.O. Box 5000
Greenville, Ill 62246

PS. I also sent a copy of the Exhibits to AUSA Estaban F. Sanchez on this day and so state under the penalty of perjury.

*Mark Neff*