January 3-d, 2006

RE: Copy of Opinion and Status of H.C.

Dear Clerk,

    Good day to you.

This is my 3rd letter to you requesting a copy of the written OPINION by the "Judge Mihm" denying my §3582(c)(2) Motion. By now, you have caused me to miss my filing for an appeal, but I still want a copy of the Opinion — Not of the Order, I have that.

Also, please inform me of the Status of my Petition for Writ of H.C. that apparently was transferred to Judge Mihm's court.

Thank you. Also, please inform Judge Mihm of this letter & the prosecutor if you want.

Respectfully yours,

Mark Voff