E-FILED
Wednesday, 05 April, 2006 03:24:25 PM
Clerk, U.S. District Court, ILCD

OFFICE OF THE CLERK
U.S.D.C.
151 U.S. COURTHOUSE
600 EAST MONROE ST.
SPRINGFIELD, IL 62701

Mark L. Neff 09244-026
FCI-GREENVILLE, P.O. Box 5000
Greenville, Illinois (62246)

RE: USA v MARK L. NEFF, Case No. 91-40034; Motion under §3582(c)(2); and attached AFFIDAVIT

Dear Clerk,

Good day to you.

Please find enclosed my Motion entitled Motion To MODIFY SENTENCE UNDER 18 USC §3582(c)(2) AND UNITED STATES SENTENCING GUIDELINES §1B1.11(b)(1) AND UNITED STATES SENTENCING GUIDELINES AMENDMENT 591 and AFFIDAVIT that I would like docketed and submitted to the District Court Judge for review.

Please send me an updated copy of the docket sheet for this case for my files.

Thank you.

Sincerely yours,
Mark L. Neff

cc: file