UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, )
)
v. ) Case No. 91-30043
)
MARK L. NEFF, )
    Defendent. )

STATE OF ILLINOIS  
COUNTY OF BOND     SS:    **AFFIDAVIT OF MARK L. NEFF**

Comes now the Defendant in the abovestyled action, Mark L. Neff, and, after being duly sworn, deposes and says:

1. That he is the Defendant in the abovestyled action in Case No. 91-30043.

2. That on 12/30/93, the Seventh Circuit Court of Appeals remanded this case for a new trial due to violations of the Sixth Amendment and Rule 43(a) of Fed.R.Crim.P.

3. On 01/21/94, judge RICHARD M. MILLS issued an ORDER transferring this case to, then, Chief Judge Michael M. Mihm.

4. Defendant was writted back to the state of Illinois from the state of New York in February of 1994.

5. Defendant was transported to Judge Mihm's courtroom shortly thereafter by unidentified [2] U.S. Marshals.

6. Defendant recalls those present that day were: judge Mihm, AUSA ESTABAN F. SANCHEZ, an unidentified person sitting with AUSA SANCHEZ, ATF Agent John York.

7. Defendant specifically remembers hearing this conversation: AUSA SANCHEZ stated, "This is USA v NEFF" and judge Mihm responded,

"I know. This is the case where it is questionable if he can be sentenced to all that time." Agent York attempted, belatedly, to cover this response by coughing loudly.

8. This Defendant/Affiant did not understand the meaning of that statement, but, does today. That statement was in regards to which United States Sentencing Guidelines (USSG) manual was applicable in determining the sentencing range.

9. The use of the 1990 Manual verses the use of the amended 1991 Manual had **ex post facto** implications and judge Mihm's statement acknowledged this issue.

10. Affiant was previously sentenced under Title 18 USC §924(e)(1) and USSG §4B1.4(b)(3)(B) and judge Mihm was fully cognizant of this ex post facto issue.

11. By judge Mihm being fully cognizant of this issue, he choose to enter into a conspiracy, in violation of Title 18 USC §§241 & 242, and intentionally violated his Oath of Office as defined in Title 28 USC § 453. He wilfully and intentionally entered into a conspiracy with the U.S. Attorney's Office (Springfield Division), U.S. Probation Office, ATF Agent John York, and CJA attorney Thomas Iben against this Affiant.

12. This conspiracy worked to effect an infringement upon Affiant's fundamental Constitutional rights as guaranteed by the Constitution for the United States.

13. This allegation is not made upon a mere whimsical assumption, but, is supported by documents and statements entered on the Record in Case No. 91-30043.

14. This conspiracy between judge Mihm and all other named participants has resulted in this Affiant's illegal and unconstitutional im-

2

prisonment for almost 10 years to date as the statutory authorized maximum sentence allowed under law for Title 18 USC §922(g)(1) was Five years in April of 1991. The month in which Affiant was charged with a violation of a federal offense and the indictment was returned on June 20,1991.

15. Affiant claims that judge Mihm wilfully,intentionally,and maliously entered into the conspiracy with the U.S. Attorney,FRANCES C. HULIN,AUSA ESTABAN F.SANCHEZ,Chief Probation Officer John P.Meyer, U.S. Probation Officer Kathy Bowman,ATF Agent John York,and CJA Attorney Thomas Iben,in violation of Title 18 USC §§ 241 & 242,to wilfully and maliciously infringe on this Affiant,Mark L. Neff's,fundamental Constitutional rights as afforded by the Constitution for the United States and is supported and proved by the record constructed in this case by all named participants and this conspiracy has worked to the illegal and unconstitutional imprisonment since April 25,1996.

**AFFIANT SAYETH FURTHER NAUGHT**
**Done this ___ day of April,2006.**

Mark L. Neff 09244-026
FCI-GREENVILLE
P.O. Box 5000
Greenville,Illinois
(62246)

**Copies Furnished To:**

Clerk of the Court,Springfield Division;
AUSA ESTABAN F. SANCHEZ;
Congressman Lane Evans
JUDICIAL COUNSEL OF THE SEVENTH CIRCUIT