# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 91-30043 |
| ) | |
| MARK L. NEFF ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendant Mark Neff's ("Neff") Motion for Disqualification of Judge Michael M. Mihm and a Motion to Modify Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 591 of the Sentencing Guidelines.

Neff filed a Judicial Misconduct Complaint with the Judicial Council of the Seventh Circuit alleging that I had engaged in judicial misconduct in sentencing him pursuant to his conviction. Additionally, Neff filed a Motion to Disqualify me from any further proceedings in his criminal case. The Judicial Council found that my actions in sentencing Neff did not constitute judicial misconduct and therefore dismissed Neff's Complaint. Accordingly, as there has been a finding of no judicial misconduct, there is no reasonable basis for me to disqualify myself from Neff's criminal case. Therefore, Neff's Motion for Disqualification [#192] is DENIED.

Furthermore, Neff's Motion to Modify his Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 591 has already been ruled on by this Court in an order dated March 6, 2006. In that Order, the Court denied Neff's Motion to Modify his Sentence because the Court

complied with the subsequent mandate of Amendment 591 when it imposed Neff's sentence. Accordingly, Neff's instant Motion to Modify his Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 591 [#190] is DENIED.  Finally, in light of the fact that the instant § 3582 motion is identical to the one filed on February 9, 2006, and the Court addressed the merits of this issue in its Order dated March 6, 2006, the instant § 3582 motion is frivolous.  The Court cautions Neff that further frivolous filings such as this will cause the Court to impose sanctions against him.

ENTERED on the 5th day of May, 2006.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge