## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 91-30043 |
| MARK NEFF, ) | |
| Defendant. ) | |

## O R D E R

On March 24, 2008, Defendant filed a Motion to Reduce Sentence based on the retroactive Amendment to the sentencing guideline range regarding crack cocaine sentencing. The Court appointed the Federal Defender's Office to represent Defendant in this matter.

This Defendant was indicted under 18:922(g)(1) charging possession of a Firearm by a Felon. Accordingly, the amendment to the crack cocaine guideline does not change the Defendant's guideline range or sentence.

Therefore, the Deputy Federal Defender's Motion to Withdraw as Counsel [Doc. #202] is GRANTED. Defendant is allowed to pursue this matter *pro se.*

ENTERED this 28th Day of March, 2008.

s/ Michael M. Mihm
MICHAEL M. MIHM
United States District Judge