IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 91-30043 |
| v. ) | |
| ) | |
| MARK NEFF, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S OPPOSITION TO MOTION TO REDUCE
THE TERM OF IMPRISONMENT UNDER 18 U.S.C. §3582(c)(2)**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, moves the Court to deny the Plaintiff's Motion to Reduce the Term of Imprisonment Under 18 U.S.C. §35829(c)(2). In support of its opposition the government states as follows:

1. In January 2008, Neff sought to reopen his Section 2255 proceeding (case no. 96-1213) by making essentially the same argument he makes in this case. In his Section 2255 case, he claimed that the recent amendments to §4A1.2(a)(2) defined what was a "related case" not only for purposes of determining his criminal history under the Sentencing Guidelines but also for determining whether he had prior violent felony convictions that qualified him as an Armed Career Criminal under Section 924(e) of Title 18. On February 27, 2008, this Court dismissed for lack of jurisdiction Neff's motion to reopen his §2255 case.

2. In the instant case, Neff claims that Sentencing Guideline Amendment 706 applies to him. That guidelines relates to a reduction in sentences for crack cocaine offenses. Neff was

convicted of being a felon in possession of a firearm. Therefore, Amendment does not apply to Neff. However, the language he quotes in his motion comes from Amendment 709 not 706.

3. Neff's argument in his current motion is as misguided as it was when he made it during his original sentencing. As part of his original sentencing, he attempted to use §4A1.2 criteria to knock out a prior conviction as a predicate for the enhancement under the Armed Career Criminal provision of Section 924(e).

4. The Probation Office at page 22 of the Presentence Report in opposition to such argument stated:

> What matters under U.S.S.G. §924(e) is whether three violent felonies were committed on different occasions. Whether or not they are considered "related cases" under U.S.S.G. §4A1.2 is irrelavant. *See, U.S. v. Medina-Gutierrez*, 980 F,2d 980, 982-93 (5th Cir. 1992); *U.S. v. Maxey*, 989 F.2d 303, 308 (9th Cir. 1993).

5. The court in *Maxey*, 989 F.2d at 307-08 refused to apply § 4A1.2 case law to a § 924(e) sentence because the two provisions had "nothing to do" with each other. *See*, *United States v. Hobbs*, 136 F.3d 383, 387-88 (4th Cir. 1998)(same).

6. In *United States v. Wright*, 48 F.3d 254, 255 (7th Cir. 1995), the defendant argued that the 15 year limitation period for counting convictions in §4A1.2 should be used to determine whethr convictions counted for Armed Career Criminal purposes. The Seventh Circuit rejected this argument.

7. Finally, Application Note 1 §4B1.4 (the Guideline applicable to Armed Career Criminal enhancement) specifically provides that predicate offenses necessary for an armed career criminal are different than those provided for in §4A1.2.

8. Therefore, it does not matter what change was made in the §4A1.2 criteria used to calculate a defendant's criminal history. It is the criteria set forth in §924(c) that controls

whether a conviction counts for purposes of enhanced sentencing as an Armed Career Criminal.

WHEREFORE, the government moves the Court to deny the Plaintiff's Motion to Reduce the Term of Imprisonment Under 18 U.S.C. §35829(c)(2).

Respectfully submitted,
RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing Government's Opposition to Plaintiff's Motion to Reduce the Term of Imprisonment Under 18 U.S.C. §35829(c)(2) has been served upon the following individual by mailing a copy thereof to:

    Mark Neff
    09244-026
    P.O. Box 33
    Terre Haute, IN 47808

    s/ Patrick J. Chesley
    Patrick J. Chesley 0434841
    Assistant United States Attorney
    United States Attorney's Office
    318 South Sixth Street
    Springfield, IL 62701
    Telephone: (217) 492-4450
    Fax: (217) 492-4044
    E-mail: pat.chesley@usdoj.gov