### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 91-30043 |
| MARK NEFF, ) | |
| Defendant. ) | |

## AMENDED ORDER

On March 24, 2008, Defendant filed a Motion to Reduce Sentence [Doc. #199] based on the retroactive Amendment to the sentencing guideline range regarding crack cocaine sentencing.

This Defendant was indicted under 18:922(g)(1) charging possession of a Firearm by a Felon. Accordingly, the amendment to the crack cocaine guideline does not change the Defendant's guideline range or sentence.

Therefore, the Deputy Federal Defender's Motion to Withdraw as Counsel [Doc. #202] is GRANTED, and Defendant's Motion [#199] is DENIED.

ENTERED this 2nd Day of April, 2008.

s/ Michael M. Mihm
MICHAEL M. MIHM
United States District Judge