**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 91-30043 |
| ) | |
| MARK L. NEFF, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 24, 2008, Defendant Mark L. Neff filed a Motion to Reduce Sentence [#206] based on the retroactive amendment to the sentencing guideline range regarding crack cocaine sentencing. The Court denied this Motion because Neff was convicted of Possession of a Firearm by a Felon pursuant to 18 U.S.C. § 922(g)(1). On April 11, 2008, Neff filed the instant Motion for Leave to File an Amended Motion to Reduce Sentence arguing that he should be resentenced based on Amendment 709, U.S.S.G. § 4A1.2(a).

Although Amendment 706 (applying only to persons convicted of crack cocaine offense) is retroactive, Amendment 709 is not retroactive. Neff's Amended Motion would not be successful because Amendment 709, which is not retroactive, cannot be applied to him. Additionally, resentencings pursuant to the retroactive amendment to the guideline range for crack cocaine were not intended to reopen a defendant's ability to challenge a variety of other sentencing issues. The amendment to the sentencing guidelines does not authorize the filing of § 2255-like pleadings contesting issues unrelated to the crack cocaine

amendment.

Accordingly, Neff's Motion for Leave to File an Amended Motion to Reduce Sentence [#206] is DENIED.

ENTERED this 14th day of April, 2008.

        /s/ Michael M. Mihm
        Michael M. Mihm
        United States District Judge