### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK NEFF, )<br>)<br>Defendant. ) | Case No. 91-30043 |

### ORDER

On March 24, 2008, Defendant filed a Motion to Reduce Sentence [Doc. #199] based on the retroactive Amendment to the sentencing guideline range regarding crack cocaine sentencing. On April 2, 2008 the court denied that Motion stating that the defendant was ineligible for a reduction because he was indicted under 18:922(g)(1) charging possession of a Firearm by a Felon and accordingly, the amendment to the crack cocaine guideline does not change the Defendant's guideline range or sentence.

On July 3, 2008, Defendant filed a Motion to Determine if Amendment 709 is Clarifying or Substantive [#208]. As stated in its April 2, 2008 Order, this Defendant was not sentenced based on the crack cocaine guidelines, but rather as a Felon in Possession of a Firearm. Therefore, Defendant is ineligible for a reduction and his Motion to Determine if Amendment 709 is Clarifying or Substantive [#208] is DENIED.

ENTERED this 10th day of July, 2008.

s/ Michael M. Mihm
MICHAEL M. MIHM
United States District Judge