UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
Room 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

91-30043

**FILED**
SEP 12 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Sept 9, 2008

Mark L. Neff
09244-026
P.O. Box 33
Terre Haute, IN 47808

RE: STATUS OF MOTION, 18 USC §3582(a)(c)(2)

DEAR CLERK,

Good day to you. I filed a motion on June 30, 2008, and I am ~~requesting~~/inquiring ~~about~~ about the status of it.

Thank you for your attention.

Respectfully yours,

Mark L. Neff